AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:24-CV-00037-CCC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Metro One Loss Prevention Services Group, Inc.** was recieved by me on **3/14/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Kelli Springfield**, who is designated by law to accept service of process on behalf of **Metro One Loss Prevention Services Group, Inc.** at **5830 Granite Pkwy Ste 100-353, Plano, TX 75024** on **03/20/2024 at 3:25 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

**B. Junior Davis**
*Printed name and title*

**1400 Preston Road**
**Suite 400A**
**Plano, TX 75093**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Kelli Springfield who identified themselves as the corporate officer with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.  Vice President.**



Tracking #: 0127697334