**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JULIET JONES, | : | CIVIL ACTION NO. 1:24-CV-37 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| METRO ONE LOSS PREVENTION | : | |
| SERVICES GROUP, INC., | : | |
| | : | |
| Defendant | : | |

### SHOW CAUSE ORDER

AND NOW, this 19th day of July, 2024, it appearing that a summons was issued in the above-captioned civil action on January 9, 2024, (see Doc. 2), that the complaint and summons were served upon defendant Metro One Loss Prevention Services Group, Inc., on March 14, 2024, (see Doc. 5), and that Metro One did not answer, move, or otherwise respond to the complaint before its deadline to do so on April 4, 2024, see FED. R. CIV. P. 12(a), and it further appearing that more than three months have passed since Metro One's deadline expired and that plaintiff Juliet Jones has not requested that the Clerk of Court enter default under Federal Rule of Civil Procedure 55(a), see FED. R. CIV. P. 55(a), it is hereby ORDERED that Jones shall show cause on or before **Friday, August 2, 2024**, why this case should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b), see FED. R. CIV. P. 41(b).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania