**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JULIET JONES,** | |
| Plaintiff, | Case No. 1:24-37 |
| v. | |
| **METRO ONE LOSS PREVENTION SERVICES GROUP, INC.** | JURY TRIAL DEMANDED |
| Defendant. | |

## REQUEST TO ENTER DEFAULT

To the Clerk of the U.C. District Court for the Middle District of Pennsylvania

Please enter the default of the Defendant, Metro One Loss Prevention Services Group, Inc., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of David M. Manes, Esq. attached hereto.

Respectfully Submitted,

/s/ David M. Manes__
David M. Manes, Esq.
PA ID: 314661
**Manes & Narahari LLC**
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
(412) 626-5590 Direct
(412) 650-4845 Fax
dm@manesnarahari.com