# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIET JONES,** | |
| Plaintiff, | Case No. 1:24-37 |
| v. | |
| **METRO ONE LOSS PREVENTION SERVICES GROUP, INC.** | JURY TRIAL DEMANDED |
| Defendant. | |

## **CLERKS ENTRY**

AND NOW, on this ____ day of _____, 2024, pursuant to the Request to Enter Default and the affidavit provided, default is hereby entered against Defendant Metro One Loss Prevention Services Group, Inc. for failure to plead or otherwise defend.

By the Clerk,

_____
C.