# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIET JONES,** | : | CIVIL ACTION NO. 1:24-CV-00037 |
| **Plaintiff,** | : | (JUDGE CONNER) |
| v. | : | |
| **METRO ONE LOSS PREVENTION SERVICES GROUP, INC.,** | : | |
| **Defendant.** | : | |

## ENTRY OF DEFAULT

Default is hereby entered against defendant, **METRO ONE LOSS PREVENTION SERVICES GROUP, INC.**, for failure to file an answer and/or otherwise plead, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

                                                  Peter J. Welsh, Clerk of Court

                                                  by: <u>*/s Ingrid B. Ritchie*</u>
                                                  Deputy Clerk

Dated: July 30, 2024