# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIET JONES,** | |
| Plaintiff, | Case No. 1:24-37 |
| v. | |
| **METRO ONE LOSS PREVENTION SERVICES GROUP, INC.** | JURY TRIAL DEMANDED |
| Defendant. | |

## REQUEST TO ENTER DEFAULT

To the Clerk of the U.C. District Court for the Middle District of Pennsylvania

Please enter the default of the Defendant, Metro One Loss Prevention Services Group, Inc., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of David M. Manes, Esq. attached hereto.

Respectfully Submitted,

/s/ David M. Manes
David M. Manes, Esq.
PA ID: 314661
**Manes & Narahari LLC**
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
(412) 626-5590 Direct
(412) 650-4845 Fax
dm@manesnarahari.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIET JONES,** | |
| Plaintiff, | Case No. 1:24-37 |
| v. | |
| **METRO ONE LOSS PREVENTION SERVICES GROUP, INC.** | JURY TRIAL DEMANDED |
| Defendant. | |

## **CLERKS ENTRY**

AND NOW, on this ____ day of _____, 2024, pursuant to the Request to Enter Default and the affidavit provided, default is hereby entered against Defendant Metro One Loss Prevention Services Group, Inc. for failure to plead or otherwise defend.

By the Clerk,

_____
C.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIET JONES,** | |
| Plaintiff, | Case No. 1:24-37 |
| v. | |
| **METRO ONE LOSS PREVENTION SERVICES GROUP, INC.** | JURY TRIAL DEMANDED |
| Defendant. | |

## AFFIDAVIT FOR ENTRY OF DEFAULT

David M. Manes, Esq. being duly sworn, says that he is the attorney for Plaintiff in the above-entitle action; that the complaint and summons in this action were served on Defendant on March 20, 2024 at 3:25 p.m. Service was made on Kelli Springfield. The time within which Defendant may answer or otherwise move as to the complaint has expired. The time within which Defendant may answer or otherwise move as to the complaint has not been extended. The Defendant is not a minor person, incompetent person, and is not in the military of the United States of America.

Sworn and subscribed before me on
July 30, 2024

_Michelle Kostelansky_
Notary Public

My commission expires:

Commonwealth of Pennsylvania - Notary Seal
MICHELLE KOSTELANSKY - Notary Public
Allegheny County
My Commission Expires February 28, 2026
Commission Number 1413692

Respectfully Submitted,

_David M. Manes_
David M. Manes, Esq.
PA ID: 314661
**Manes & Narahari LLC**
One Oxford Centre
301 Grant Street, Suite 270
Pittsburgh, PA 15219
(412) 626-5590 Direct
(412) 650-4845 Fax
dm@manesnarahari.com