# Exhibit 4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIET JONES,** | : CIVIL ACTION NO. 1:24-CV-00037 |
| Plaintiff, | : (JUDGE CONNER) |
| v. | : |
| **METRO ONE LOSS PREVENTION SERVICES GROUP, INC.,** | : |
| Defendant. | : |

## ENTRY OF DEFAULT

Default is hereby entered against defendant, **METRO ONE LOSS PREVENTION SERVICES GROUP, INC.**, for failure to file an answer and/or otherwise plead, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Peter J. Welsh, Clerk of Court

by: _/s Ingrid B. Ritchie_
Deputy Clerk

Dated: July 30, 2024