# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIET JONES,** | |
| Plaintiff, | Case No. 24-37 |
| v. | JURY TRIAL DEMANDED |
| **METRO ONE LOSS PREVENTION SERVICES GROUP, INC.** | |
| Defendant. | |

## **ORDER**

AND NOW, this ____ day of _____, 2024, upon consideration of Plaintiff's Motion for Default Judgement against Defendant Metro One Loss Prevention Services Group, Inc., it is hereby ORDERED that said Motion is GRANTED.

                                                                                          _____

                                                                                                                                            J.